Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff;<br><br>     v.<br><br>John Ruffaine, et al<br><br>           Defendants. | ) Case No. **2:12-cv-02091-WBS-EFB**<br>)<br>) **ORDER RE: REQUEST FOR DISMISSAL**<br>)<br>) **Dismissal of Defendants Eleanor**<br>) **Uhl Dawson Abbott; Wells Fargo**<br>) **Bank, National Association; H.**<br>) **Ward Dawson; Barbara Dawson**<br>) **Hartson Without Prejudice**<br>)<br>)<br>) Case to Remain Open with<br>) Remaining Defendants<br>) |

   IT IS SO ORDERED THAT Defendants, Eleanor Uhl Dawson Abbott; Wells Fargo Bank, National Association; H. Ward Dawson, Jr.; Barbara Dawson Hartson, are hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This case is to remain open with remaining Defendants.

Date: September 14, 2012

*[signature]*

WILLIAM B. SHUBB
[PROPOSED] UNITED STATES DISTRICT JUDGE

CIV: S-12-02091-WBS-EFB- 1