Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

## OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>  Plaintiff;<br><br>  v.<br><br>John Ruffaine, et al<br><br>  Defendants. | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendants Eleanor Uhl Dawson Abbott; Wells Fargo Bank, National Association; H. Ward Dawson; Barbara Dawson Hartson Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendants, Eleanor Uhl Dawson Abbott; Wells Fargo Bank, National Association; H. Ward Dawson, Jr.; Barbara Dawson Hartson, are hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This case is to remain open with remaining Defendants.

Date: September 14, 2012

*/s/ William B. Shubb*

WILLIAM B. SHUBB
[PROPOSED] UNITED STATES DISTRICT JUDGE

CIV: S-12-02091-WBS-EFB- 1