SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Gary Andrews, Individually and dba South Hills Hair Studio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>John Ruffaine aka Grifone Enterprises, Individually and dba Giovanni's Pizzeria; Gary Andrews, Individually and dba South Hills Hair Studio; et al.,<br><br>    Defendants. | Case No. **2:12-cv-02091-WBS-EFB**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL October 19, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT AND [~~PROPOSED~~] ORDER |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Gary Andrews, stipulate as follows:

 1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. Defendants are granted an extension until October 19, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than October 19, 2012.

IT IS SO STIPULATED effective as of September 18, 2012.

Dated:  September 18, 2012          /s/ Cris C. Vaughan

Cris C. Vaughan,
Attorney for Defendant,
Gary Andrews,
Individually and dba
South Hills Hair Salon

Dated:  September 19, 2012          /s/ Scott N. Johnson
Scott N. Johnson,
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2