SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-02091-WBS-EFB** |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 23, 2012 FOR |
| vs. | DEFENDANTS JAGJIT SINGH SAINI INDIVIDUALLY AND D/B/A VIC'S |
| John Ruffaine, et al, | DISCOUNT MARKET; SUKHPREET KAUR SAINI INDIVIDUALLY AND D/B/A |
| Defendants | VIC'S DISCOUNT MARKET TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market, by and through their respective attorneys of record, Scott N. Johnson; Lyne Richardson, stipulate as follows:

1. No extension of time has been previously
   obtained.

2. Defendants Jagjit Singh Saini Individually and
   d/b/a Vic's Discount Market; Sukhpreet Kaur
   Saini Individually and d/b/a Vic's Discount
   Market are granted an extension until November
   23, 2012 to respond or otherwise plead
   reference to Plaintiff's complaint.

3. Defendants Jagjit Singh Saini Individually and
   d/b/a Vic's Discount Market; Sukhpreet Kaur
   Saini Individually and d/b/a Vic's Discount
   Market response will be due no later than
   November 23, 2012.


   IT IS SO STIPULATED effective as of November 13, 2012


Dated:   November 13, 2012          /s/Lyne Richardson__ ___

                                    Lyne Richardson,

                                    Attorney for Defendants

                                    Jagjit Singh Saini

                                    Individually and d/b/a

                                    Vic's Discount Market;

                                    Sukhpreet Kaur Saini

Individually and d/b/a

Vic's Discount Market

Dated:  November 13, 2012          /s/Scott N. Johnson _____

Scott N. Johnson,

Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market shall have until November 23, 2012 to respond to complaint.


Dated: November 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE