SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:12-cv-02091-WBS-EFB** |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) RE: EXTENSION OF TIME UNTIL |
| vs. | ) DECEMBER 10, 2012 FOR |
| | ) DEFENDANTS JAGJIT SINGH SAINI |
| | ) INDIVIDUALLY AND D/B/A VIC'S |
| John Ruffaine, et al, | ) DISCOUNT MARKET; SUKHPREET KAUR |
| | ) SAINI INDIVIDUALLY AND D/B/A |
| Defendants | ) VIC'S DISCOUNT MARKET TO |
| | ) RESPOND TO COMPLAINT |
| | ) |
| | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market, by and through their respective attorneys of record, Scott N. Johnson; Lyne Richardson, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market until November 23, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market are granted an extension until December 10, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Jagjit Singh Saini Individually and d/b/a Vic's Discount Market; Sukhpreet Kaur Saini Individually and d/b/a Vic's Discount Market response will be due no later than December 10, 2012.

IT IS SO STIPULATED effective as of November 26, 2012

Dated:  November 26, 2012           /s/Lyne A. Richardson

                                    Lyne A. Richardson,

                                    Attorney for Defendants

                                    Jagjit Singh Saini

                                    Individually and d/b/a

                                    Vic's Discount Market;

                                    Sukhpreet Kaur Saini

                                    Individually and d/b/a

                                    Vic's Discount Market


Dated:  November 26, 2012        /s/Scott N. Johnson

                                 Scott N. Johnson,

                                 Attorney for Plaintiff



   **IT IS SO ORDERED**: that Defendants Jagjit Singh Saini
Individually and d/b/a Vic's Discount Market; Sukhpreet
Kaur Saini Individually and d/b/a Vic's Discount Market
shall have until December 10, 2012 to respond to complaint.


Dated: November 27, 2012

                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE