```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff;<br><br>　　vs.<br><br>John Ruffaine, et al,<br><br>　　　Defendants | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Kathleen Garcia; Anita Garcia; Clair D. Brown; Land Park Investments, LLC**<br><br>Case to Remain Open with Remaining Defendants |

　　IT IS SO ORDERED THAT Defendants, Kathleen Garcia; Anita Garcia; Clair D. Brown; Land Park Investments, LLC, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). This case is to remain open with remaining Defendants.

　　　　　　　　　　　　　　　Date:   January 25, 2013

　　　　　　　　　　　　　　　*/s/ William B. Shubb*
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-02091-WBS-EFB- 1