SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>             Plaintiff,<br><br>       vs.<br><br>John Ruffaine, et al,<br><br>             Defendants | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: REQUEST TO WITHDRAW NOTICE OF SETTLEMENT**<br><br>As to Defendant Khammouane Chanthasansack |

**ORDER**

   Good cause appearing therefor, IT IS HEREBY ORDERED that the notice of settlement filed December 20, 2012 as to Defendant Khammouane Chanthasansack be and is hereby WITHDRAWN.

Date:   February 6, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE