SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>John Ruffaine, et al,<br><br>        Defendants | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendant Elizabeth Leung**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS SO ORDERED THAT Defendant, Elizabeth Leung, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). This case is to remain open with remaining Defendants.

Date: February 15, 2013

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-02091-WBS-EFB- 1