Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

## UNITED STATES DISTRICT COURT

## OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-02091-WBS-EFB** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| v. | ) **Dismissal of Defendants Jagjit Saini; Sukhpreet Kaur Saini With Prejudice** |
| John Ruffaine, et al | ) |
| Defendants. | ) Case to Remain Open with Remaining Defendants |

        IT IS SO ORDERED THAT Defendants, Jagjit Saini;
Sukhpreet Kaur Saini, are hereby dismissed from the above-
entitled action with prejudice pursuant to Fed. R. Civ. P.
41(a)(2). This case is to remain open with remaining
Defendants.

Date:  February 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL