Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　Plaintiff;<br><br>　　v.<br><br>John Ruffaine, et al<br><br>　　　Defendants. | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant John Ruffaine Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

　　IT IS SO ORDERED THAT Defendant, John Ruffaine, is hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This case is to remain open with remaining Defendants.

Date:　　April 26, 2013

　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE