UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

      Plaintiff,

  v.

JOHN RUFFAINE, et al.,

      Defendants.
_____/

NO. CIV. 2:12-02091 WBS EFB

<u>ORDER</u>

----oo0oo----

      The court is in receipt of the Status Reports filed by plaintiff, (Docket No. 66), and defendants Amy and Gary Cornellier, doing business as Brauben Brick Oven Pizza, (Docket No. 67). The court has not received a Status Report from Khammouane Chanthasansack, doing business as Erawan Thai Restaurant, who has been served and has entered an appearance in this case. (Docket No. 20.)

      The court has ordered the parties in this proceeding to file corporate disclosures pursuant to the Clerk's instructions and Federal Rule of Civil Procedure 7.1. (Docket No. 43.) The

1

court has also ordered all parties who have appeared to meet and confer on the submission of an Amended Joint Status Report. (<u>See</u> Docket Nos. 33, 58, 63.)  The parties have once again failed to comply with the court's Orders.

   IT IS HEREBY ORDERED that the Scheduling Conference set for May 13, 2013, shall be, and the same hereby is, CONTINUED to June 24, 2013, at 2:00 p.m. in Courtroom 5.  All remaining parties who have appeared shall meet and confer on the submission of an Amended Joint Status Report, and any party associated with a corporate entity shall prepare a corporate disclosure statement, to be filed no later than June 10, 2013.  Should the parties fail to comply with this Order, each party shall show cause on or before June 10, 2013, why sanctions should not be imposed.

DATED:  May 9, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE