SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>John Ruffaine, et al,<br><br>    Defendants | Case No. **2:12-cv-02091-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Gary Cornellier; Amy Cornellier Without Prejudice** |

   IT IS HEREBY ORDERED THAT Defendants, Gary Cornellier; Amy Cornellier, be and are hereby dismissed without prejudice.  This action shall remain open with remaining Defendants

Dated:   September 6, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-02091-WBS-EFB- 1