Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-02091-WBS-EFB** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| v. | **Dismissal of Defendants Roger Florez; Rosaura Florez; Binh Hoang; South Hills & Heritage, LLC Without Prejudice** |
| John Ruffaine, et al | |
| Defendants. | Case to be Closed |

   IT IS SO ORDERED THAT Defendants, Roger Florez; Rosaura Florez; Binh Hoang; South Hills & Heritage, LLC, are hereby dismissed from the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This case is to be closed in its entirety.

Dated:  April 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-02091-WBS-EFB- 1